**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

Lawrence Myrick 535535 )
(Full Name) (Register No.) )
3Western Reception Diagnostic Correction Center
St. Joseph, Mo. 64506 ) 06-6022-CV-SJ-GAF-P
3401 Faraon St.
Plaintiff(s), )
)
v. ) No. ____________
)
Christopher Evans, MR. Banks, MR. Hines, MS. Trenkle, MR. Greer,
(Full Name)
MR. Mike Payne, MR. Atwell, Sergeant ) Farrall, Kelly Still, Co Hanks, Co. Hatch, MR. Long, Nurse Sami Verganie, the grievance Officer in House,
and the Dentists and Defendant(s). the Optomologist at WRDCC who also denied me access to the Legal Library to Reseach my case for my court date of 6-6-2005 Leon Mundy
The Record office and the D.O.C.

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Place of present confinement of plaintiff(s): Wester Reception Diagnostic Correction Center, 3401 Faraon St. St. Joseph Missouri 64506

II. **Parties to this civil action:**

**Please give your commitment name and any other name(s) you have used while incarcerated.**

A. **Plaintiff:** Lawrence Myrick **Register No.** 535535
**Address:** Western Reception Dianostic Correction Center 3401 Faraon St. St Josep Missouri 64506

B. **Defendant** All of the above Defendants are employees who are employed as In various positions and perform various duties at WRDCC, 3401 Faraon St. St Joseph MO. 64506

**For additional plaintiffs or defendants, provide above information in same format on a separate page.**

5/96

III. Do your claims involve medical treatment? Yes ___ No ___

IV. Do you request a jury trial? Yes ___ No ___

V. Do you request money damages? Yes ___ No ___

State the amount claimed. $________/________ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ___ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?

Yes ___ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

______________________________________________

______________________________________________

______________________________________________

D. If you have not filed a grievance, state the reasons.

______________________________________________

______________________________________________

______________________________________________

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ___

B. Have you begun other cases in state or federal courts relating to the conditions of or your treatment while in confinement? Yes ___ No ___

C. If your answer is "yes," to either of the above questions, provide the following information for each case.

(1) Style: ______________________________________
(Plaintiff) (v.) (Defendant)

(2) Date filed: ______________________________

(3) Court where filed: ______________________________

(4) Case number and citation: ______________________________

1 A

(A)

(5) **Basic claim made:** Christopher Evans and his Subordinates Ms. Trenkle, Mr. Banks, Mr. Hines and in a vicitious, Conspiratory, malicious and Requital Tactic manner would not Refer me to the institution's psychologist

(6) **Date of disposition:** 7-6-2005

(7) **Disposition:** Not Capable Of being Resolved Now
[(pending) (on appeal) (resolved)]

(8) **If resolved, state whether for:**

________________________________
[(plaintiff) or (defendant)]

**For additional cases, provide the above information in the same format on a separate page.**

**IX. Statement of claim:**

**A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.**

Inspite of numberous medical Request, Christopher Evans and his Subordinates; Mr. Hines, Banks, and Ms. Trenkle denied all of my Requests to be Seen by the institution's psychologist whom I had talked to Several times and told that the only Way He Could treat me for my Neurotic Condition behaviors and Symtoms was I had to be Refered by one Of the above individuals

**B. State briefly your legal theory or cite appropriate authority:**

Mr. Evans and his Subordinates Ms. Trenkle, Mr. Hines, and Mr. Banks Conspired in a Conspiratory, malicious and Requital Manner when they denied me the Opportunity to be Seen, treated and evaluated by the institution's psychologist. A violation of my Rights as the applys to the 8th amendment

5/96



Case 5:06-cv-06022-GAF Document 1 Filed 03/08/06 Page 3 of 49

5/23/05
m

...vans does Not mention that I've talked to him 5 times two of them being 8-17 and 8-30 2005. 8-30-2005 being the only time He or anyone ever asked me What Caused my Neurotic Conditions, He isn't Concerned, He merely want the Records to exhibit a fake and frivolous fake intention that he talked to me. Because How would you know If you didn't discuss Specific issues. Now, He will still deny that I possess Neurotic Condition He never made Note or completed no data Sheet as Should have been done.

O/O-3ID aided and abided

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
# INFORMAL RESOLUTION REQUEST

6-1-05

RECEIVED
JUN 30 2005
MENTAL HEALTH

| | | | |
|---|---|---|---|
| OFFENDER NAME: Myrick, Lawrence | | | DOC NUMBER: 585535 |
| DATE STAFF RECEIVED IRR: 5/26/05 | COMPLAINT NUMBER: WRDCC-05-644 | CATEGORY: Medical Treatment | HOUSING UNIT: J-25-B (10-31D) |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

I have been denied my medication for the almost two weeks that I've been here at the Western Reception Diagnostic Correctional Center In St Joseph, MO.

**STATE YOUR PROBLEM BRIEFLY** Jackson Co Jail 200mgs daily. Doctors At Swope Parkway Health Center and Creamer Thereputic Community Center prescribed Clyprohep̶tidine 2-mgs for my throat nose mucous, Ibuprofen 800's [200mgs, 150 mgs daily] for Severe Arthritis in my back, arms, fingers, hands and feets and Elivils 100's for stress, paranoisms and severe dejection and depression do to daunting and baffling life altering issues and circumstances

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

Please, Please, Please Just give me the Medication that has been prescribed by my doctor of which I was taking Out Side Of this Institution Thank You

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

See mr Evans alibi as to my being denied do process by Mr. Long.

Inmate wishes to continue with IRR.

I went to visit my mothers grave in 2004 Oct 7

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN | ☒ IRR NOT RESOLVED BY DISCUSSION

OFFENDER SIGNATURE: Lawrence Myrick | DATE: 5/24/05 | STAFF SIGNATURE: [signature] | DATE: 5/26/05

**STAFF FINDINGS/RESPONSE**

IRR Not Resolved by discussion — wishes to proceed with grievance

X

[signature] I Evans 7-6-05

"I Received this Response ON 8-30-2005"

Evans didn't Start these wkly Sessions until I filed the IRR He and MR Cruegess addmitted He directed DR Seethikant to Write the IOC

INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE

OFFENDER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY

...THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN FIVE (5) DAYS FROM THE DATE ...IVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

...SIGNATURE | DATE

Refused ... and does not wish to accept grievance.

...-001

2A 1-6-2006, I Reminded MR Cress that he had promised to speak to me regarding some treatments do my my Neurotic Conditions and behaviors. me that he would ask DR. Seifik MR Cress Called me at the library at 3pm on 1-6 2006 and asked me to submit another MRS this is:

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
## MEDICAL SERVICES REQUEST

PATIENT NAME (PLEASE PRINT): Lawrence Mcgaick, Please See Attached SYNOPSIS

INSTITUTION:

DATE RECEIVED BY MEDICAL:

HOUSING UNIT: # 6 1 AC - 129 3A

DOC NUMBER: 535535

DOB: 5-9-48

DATE: 1-6-2006

I WISH TO BE SEEN BY (CHECK ONE): ☑ MEDICAL ◯ MENTAL HEALTH ☐ DENTAL ☐ OTHER

WORK/SCHOOL SCHEDULE: as stated innumerous times in the past, please

REQUESTING OVER THE COUNTER (OTC) MEDICATION ONLY
☐ WHAT MEDICATION?

FOR: accept this Request to see DR. Seifikant

WHAT EXISTING MEDICAL CONDITIONS HAVE BEEN DIAGNOSED?

WHAT MEDICATIONS ARE YOU CURRENTLY TAKING? Regarding my Neurotic Conditions and diagnoses Culminated and associated by an assult

PATIENT SIGNATURE AND AUTHORIZATION TO TREAT: Lawrence Mcgaick

INITIAL FOR RECEIPT OF OTC INSTRUCTIONS: and Other life Catastrophes. "please See Attached"

DATE | TIME

**DO NOT WRITE BELOW THIS LINE - FOR MEDICAL USE ONLY**

TRIAGE NURSE

DATE

☐ Routine
☐ Urgent
☐ Emergent

☐ Mental Health
☐ Visit Scheduled
☐ Doctor Review, No Visit/Last Seen ________

☐ To DON
☐ Medication Rm

☐ To Dental
☐ Doctor Sick Call

☐ To Optometry
☐ Nurse Sick Call

☐ To Lab/X-Ray
☐ To Administrator

### SCHEDULING

☐ Appointment Scheduled ________ (Initials)
☐ Protocol Code to be Scheduled: ________ See Current Listing (F19)
☐ Complaint Code to be Scheduled (If No Protocol Available): ________ See Current Listing (F19)

### NURSING VISIT

VITALS
T ______ P ______ R ______ B/P ______ Wt. ______

ORTHOSTATIC VITALS: STANDING BP ____ P ____ SITTING BP ____ P ____ LYING BP ____ P ____

☐ Documentation in computerized medical record
☐ Protocol completed

☐ Follow up in ________ days per MSR if no improvement

NURSE SIGNATURE

DATE | TIME

### PHYSICIAN VISIT

☐ Documentation in computerized medical record
☐ Medically Unnecessary or Cosmetic Procedure

☐ Follow up in ________ days per MSR if no improvement
☐ Referral or Non-Formulary Medication requested via computer

PHYSICIAN SIGNATURE

DATE | TIME

| MEDICAL ACTION TAKEN | DATE/INITIALS | MEDICAL ACTION TAKEN | DATE/INITIALS |
|---|---|---|---|
| ☐ Follow Up Physician Visit Scheduled | | ☐ Chronic Care Clinic Visit Scheduled | |
| ☐ Follow Up Nursing Visit Scheduled | | ☐ Laboratory Test(s) Ordered / Scheduled | |
| ☐ Follow Up Nurse Practitioner Visit Scheduled | | ☐ X-Ray(s) Ordered / Scheduled | |
| ☐ Pending Referral or Non-Formulary | | ☐ Medications ordered | |
| **Follow up with Physician when above is completed.** | | | |

OFFENDER NAME | DOC NUMBER | INSTITUTION | HOUSING UNIT

| MEDICAL ACTION TAKEN | DATE/INITIALS | MEDICAL ACTION TAKEN | DATE/INITIALS |
|---|---|---|---|
| Follow Up Physician Visit Scheduled | | ☐ Chronic Care Clinic Visit Scheduled | |
| Follow Up Nursing Visit Scheduled | | ☐ Laboratory Test(s) Ordered / Scheduled | |
| Follow Up Nurse Practitioner Visit Scheduled | | ☐ X-Ray(s) Ordered / Scheduled | |
| Pending Referral or Non-Formulary | | ☐ Medications Ordered | |
| Other | | | |

RECEIVED BY

DATE | TIME

319 (7-02)

BOTTOM PORTION RETURNED TO OFFENDER FOR NOTIFICATION OF ACTION TAKEN.

Helen Matthews [signature]

8-29-05

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

4A

**INSTITUTION USE ONLY** ☒ EMERGENCY COMPLAINT

OFFENDER NAME: Lawrence Myrick

DOC NUMBER: 535535

DATE STAFF RECEIVED IRR:

COMPLAINT NUMBER:

CATEGORY: Frivolous and Fraudulent C.D.V.

HOUSING UNIT: 11-2A

**COMPLAINT - ONE ISSUE - BE SPECIFIC** Vendictive and ReQuital tactics as well as Conspiracy by Mr. Evans, Mr Banks, Mr. Hines and Ms. Rentle Conspired in a Conspiratory manner to deny my access to be seen by DR. Suttikant for my Neurotic Conditions and behavoirs Caused by deaths in my family of which I Never Received any "Closure" (because while incarcerated) I was

**STATE YOUR PROBLEM BRIEFLY** Not allow to View the Bodies, and I was Robbed, hit over the head and denied Visitation to be with, or See my daughter. please See emergency grievance attached It's Quite Conspicuous to me that the wrong Numbers are being placed on my grievances intentionally and on purpose to mis direct them and to display "a phantom impression" that the vindictiveness and Medical ReQuital issues have already been addressed on previous grievances as well as this issue as it Relates to a fraudulent C.D.V.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING** being issued to me on 8-26-2005

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN

OFFENDER SIGNATURE | DATE

☐ IRR NOT RESOLVED BY DISCUSSION

STAFF SIGNATURE | DATE

**STAFF FINDINGS/RESPONSE**

INVESTIGATING STAFF SIGNATURE | DATE

RESPONDENT SIGNATURE | DATE

REVIEWER SIGNATURE | DATE

RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

OFFENDER SIGNATURE | DATE

MO 931-3376 (12-04)

Ms. Genning
MR. CRESS MR. Samples Said the he didn't have time
184129 Clinton Mc Calloug
524720 Justin Hinkle
Witness

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
CANTEEN PURCHASE LIST

Illgotten & unlawful

5A

ACCOUNT BALANCE: IRR time Restraint Serg. Farrall See Dress out
HOUSING UNIT
ROOM NUMBER: 6 AM
DATE: 1-28-2006

INMATE NAME (PRINT): 3 Doctors Covilla, Greene, Body Stoh "Notes"
DOC NUMBER

NUMBER OF ITEMS | LB/SIZE | DESCRIPTION | PRICE

According to Seg... cant ... Some Captain

The WRDCC U/S MS Hill, MR MeRiotte And Sergeant Farral has taken it upon them Self And determined that I Really didn't Need the Lay-IN-Slip that Authorized me to go to Chow at the "Same time" as Others who have the identical-Same Medical Restriction as I do. When I first inquired as to the Rationale and Reason that my Medical Lay-IN Slip was Confiscate by Sergeant Farrall. He Responded in a felicious And Smirky tone; I don't have to tell you Anything, go to your Cell OR I'll lock you up in isolation. Later MR. Farrall explained that they was in Charge Of the doctors And that they was Cracking down On and had terminated doctors who gave Offenders medical lay-ins too frequently and too Rapidly. MR. Farral and WRDCC Actions has Caused me mental Stress and Strain. Their un Sagacious, illegal and ill advised Actions have Caused Such excruciating pains, Swellings and as well as Aching and pangs in my Right injured Knee, back and feet.

Daryl Williams Dudley Boone Ford, Larry Kennedy, Antonio Greer Walker

my Lawyer Would not enter my plea unless I Surrender my Right to Challenge a case that the Statute of Limitation had ... Since I'll be Released in two days Specific issues are irReconcilable irReconcilable illremediable and irReconcilable differences Others Kind, Watts, Kennedy Others Guy with Kane

Note When I would enter medical pick up my daily medication at 4pm the Nurses would always admonish me about inquiring about my Cane. They would Say; If you would Stop bitching about that dame Cane everyday, Maybe we'd give it to you. I would Say the Doc Order it because I Need it!

* Case Cites and laws it applies to the Mo. D.O.C doctors and Staff who violated Offenders Constitutional and Civil Rights prior to their Terminations OR Resignations. Arent the Mo. D.O.C Still liable as well as the doctor and Staff members? yes!

* My pains were So excruciating that to avoid Standing for Such long periods of time I declined to go to each in the afternoons. There-fore I was denied indirectly the opportunity to pick up my Snack Sack that I ate before taking my nightly medication

It has become very Conspicuously Obvious the Specific members of the medical and Official Staff (Not Just here at WRDCC) has appointed them selves

TOTAL

REQUESTING INMATE SIGNATURE: Doctors and therefore it is these Same
RECEIVING INMATE SIGNATURE: individuals who make medical decisions

DELIVERED BY STAFF WITNESS SIGNATURE: They also intentionally and on purpose distroy MSRS and IRR while Conspiring to

Left margin: "Isolation" They always threaten to place me in ... Note Witnesses

Right margin: Note ... ... Greer Walker ... Reg ...

Case 5:06-cv-06022-GAF Document 1 Filed 03/08/06 Page 7 of 49

1 B

(5) Basic claim made: MR. GREER (and the Superintendent MR. Burgess) denied me Corrective Shoes. MR Greer also denied me medication as well as abruptly discontinued my medication See M.R.S's

(6) Date of disposition:

(7) Disposition: Not Resolvable Now
[(pending) (on appeal) (resolved)]

(8) If resolved, state whether for:

[(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

MR. Greer to me that the Superintendent, MR. Burgess, would not approve a Request from him to purchase a pair of tennis shoes for $15.00 MR Greer also denied me medications as well as abruptly discontinued medications that caused an adverse effect

B. State briefly your legal theory or cite appropriate authority:

MR. Burgess and MR. Greer violated my Rights to be provided Medications and medical aids

5/96

2nd

2B

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| | WRDCC-05-1481 | |

**INSTITUTION USE ONLY** ☐ EMERGENCY GRIEVANCE ☐ NON-GRIEVABLE ISSUE

| OFFENDER LAST NAME | FIRST | REGISTER NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Myrick, | Lawrence | 535535 | 6 | | WRDCC |

**OFFENDER GRIEVANCE/REQUEST**

"again," The D.O.C. Staff have altered my Statement and mis located verasity. On 11-9-2005, after Completing "many MSR's," I was again, "finally," seen by MR. Greer. At that time, "again," I brought to MR. Greer's attention that I do to the facts that over a period of years of taking my present prescribed Medications (800 mg Ibuprofen, 500 mg Naproxen, and "accosional" 5mg of prednisone (which alleviated my body pangs the most)) It no longer produces the desired and required effect because my body have become some-what immuned to it, as prescribed. I requested" (only for that reason alone) that I explore and experiment other pang remedies, includin the prednison that DR. Covillo had previously prescribed. MR. Greer told me, "again," that He would not have prescribed me such high dosages of medication and that DR. Covillo shouldn't have either. When I "conspicuously" indicated Qualms as to MR. Greer's Rational, He became irate and for the second time, He directed me out of his office. MR. Greer and MS. Cayton have manufactored and invented phantom fabrications. I am adamantly, vehemently and categorically denying telling "anyone" that I wasn't taking my prescribed medications as prescribed. * Since my medication strengths have been lower I am experiencing more pangs than I've felt in years!

OFFENDER SIGNATURE: Lawrence Myrick

DATE: 12-9-2005

**SUPERINTENDENT RESPONSE**

DEC 12 2005

Why did she even sign off on this?
What does she Really Know about this?

SUPERINTENDENT/DCT REPRESENTATIVE SIGNATURE: Nancy Allen [illegible] Acting ASIM

DATE: 12-22-05

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within five (5) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION ☒ I APPEAL THIS DECISION

OFFENDER SIGNATURE

DATE

3B

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE APPEAL**

| GRIEVANCE NUMBER | DATE FILED |
| --- | --- |
| WRDCC-05-1481 | |

| OFFENDER NAME (LAST NAME, FIRST) | DOC NUMBER | INSTITUTION |
| --- | --- | --- |
| Myrick, Lawrence | 535535 | WRDCC |

**REASON FOR APPEAL**

"Many times and Often," I've made the medical Staff aware of my mental and physical Status as it Relates to my Conditions. In person I've informed WRDCC medical Staff that the 800 mgs. Of Ibuprofen, Naproxen 500 mgs and the 5 mgs of predisone No longer produced the desired OR Required effects, do to my body becoming immuned to these medications," when taken as prescribed. Although there have been No complaints, by me," that these medications produced "absolutely" (NO) Side effects," Staff took it upon themselves to lower the dosages and prescribed a lesser effective medication. I've made Staff aware that "the altered lower dosages of medication" (when taken as prescribed) has absolutely NO effect and I am experincing very excruciating pains through-out my body. Staff told me that DR. Covillo Shouldnt have prescribed such high dosages of medication. I've Never been touched by doctors here at WRDCC let-alone evaluated OR examined. The hypothesises and conjectures that I Ran out of medication (is Just that *) because I was not taking my meds. as prescribed — lies Brazen

OFFENDER SIGNATURE: Lawrence Myrick

DATE: 1-4-2006

**RESPONSE**

SIGNATURE

DATE

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

OFFENDER SIGNATURE

DATE

MO 931-3378 (5-03)

Arlen Matthews

8·29·05

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

4B

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | | | DOC NUMBER |
|---|---|---|---|
| Lawrence Mefrick | | | 535535 |
| DATE STAFF RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
| 8-29-05 | | Medical | |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

My Arthrisis medication have been discontinued. Even the Prednisone and Naproxen which was the most affective

**STATE YOUR PROBLEM BRIEFLY**

Why was my medication discontinued when it's documented that I have Severe Arthrisis in my feets, hands, legs, fingers and back. I was taking pain medication prior to being incarcerated. I am Certain, also, that Such actions are Reprisal tactics.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

I need my medications. Why have it been discontinued?

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN ☐ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| | | | |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |



MO 931-3376 (12-04)

5B

RS
11-10-05 medical

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

OFFENDER NAME: Myrick, Lawrence
DOC NUMBER: 535535
DATE STAFF RECEIVED IRR:
COMPLAINT NUMBER:
CATEGORY:
HOUSING UNIT: 6 1AC 129

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

**STATE YOUR PROBLEM BRIEFLY**

I Submitted Several MSR's So that the Doctor and I Could explore Some Othe means And Remedies for my Arthritic body pains, Since the 800 mg Ibuprohen that I've taken 3 times daily (that have been prescrived to me by Other physicians for Several years) No Longer produces the Required effect do to My body immunity. Mr Greer Stated that I Shouldn't have been prescrived the medi that I have been prescrived for years. He futherly Reduced my 800 mg of Ibupro hen to three times daily (Controled) equaling a total of 24 mgs as oppose to 4800 mgs When I Attempted to point out that if 800 mg is No longer producing the Required effect then 600 mgs three Certainly would Not possibly produce any effective effect! *

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

Now, I am forced to take the medication I have as Needed

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN ☐ IRR NOT RESOLVED BY DISCUSSION

OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE

**STAFF FINDINGS/RESPONSE**

INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE

REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

OFFENDER SIGNATURE | DATE

MO 931-3376 (12-04)

6B

070-1JD

# HU#10 Caseworker Kite

HU#10 Classification Matters Only

Date: 5-19-05 426-90-408 Jack

Offender Name: Lawrence Myrick Offender Number: 535535

Wing: J Room: 25 B

To Floor Caseworker: ✓ Mr. Masters (1st & 2nd Floor, J-wing, C188)

___ Mr. Long (3rd & 4th Floor, TCU) ___ Mr. Rodriguez (TASC & AD-SEG Unit)

*** Day to day functions and activities of Housing Unit #10.**

To C&A Caseworker: ___ Mr. Smith (00-33) ___ Mr.Newsom (34-66)

___ Mrs. Borske (67-99/MOSOP) ___ Mrs. Sipes (120's/Treatment)

*** Handle Offender files and classification. C&A caseworker will conduct an interview with you, when your file is complete.**

**Request:** ___ Law Library Form ___ Special Visit Request Form ___ Chaplain

___ P&P Kite ✓ Pin Number Problem Form ✓ IRR

___ Business Office ___ Records Office

Other (Be Specific): My pin # doesnt work And I'm being denied my medication elavil's and Ibuprofen 800 prescribed by doctors at Swope park Health Center 923-58 and Creamer thereipuetic Community Center in Fulton Missouri

Do Not Write Below This Line

---

**Caseworker Response:**

Have you seen medical?

[signature] ccw1

* This is the only Kite Form that will be answered by HU#10 Classification Staff, NO EXCEPTIONS.*

04-20-05

6B

Dear Superintendent Burgess, October 19, 2005

Since 10-5-2005 when the doctor Requested that I be moved to a lower level floor do to my medical Condition and the amount of Medication I'm Consuming for Arthritis, insomenia anxeity and Severe depression. Since 10-5-2005 I've provided Copies of the Doctor ReQuest to three or four Staff Members, yet to this date, to absolutely NO avail.

I would Certainly be thankful and so very appreciative for any assistance that you would put forth ~~___~~ towards Resolving this essential issue. I've already Slipped ON the Stairs. And to Climb So many Stairs So Often Cause's "tremendous pang".*

Very Sincerely,
Laurence Myrick
535535

I ©

(5) Basic claim made: MR. Mike PayNe and MR Atwell declined to Resolve my medical issues and ReQuital tactic by Certain employees

(6) Date of disposition: was Never Resolved

(7) Disposition: These ISSues was never Resolved
[(pending) (on appeal) (resolved)]

(8) If resolved, state whether for:

[(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Because MR. Payne and MR. Atwell actions and declination to intervene as per my Requests MR. Atwell and MR. Payne aided and abetted in the prolonging Of the D.O.C employees ReQuital tactics as well as Specific medicines and Medical Care

B. State briefly your legal theory or cite appropriate authority:

Due to the above individuals actions, I was denied Certain Medical treatments medications and protection from Reprisal tactics.

2 C

This is Not pertaining to medical issues so why would this person Respond to Requital tactic Issues I I wrote the inspector General


**MATT BLUNT**
Governor

**LARRY CRAWFORD**
Director

2729 Plaza Drive
P.O. Box 236
Jefferson City, Missouri 65102
Telephone: 573-751-2389
Fax: 573-751-4099
TDD Available


**State of Missouri**

# DEPARTMENT OF CORRECTIONS

*Ad Excelleum Conamur - "We Strive Towards Excellence"*

September 27, 2005

Mr. Lawrence Myrick
Register Number 535535
Western Reception Diagnostic Correctional Center

Dear Mr. Myrick:

I am in receipt of your grievance dated August 29, 2005 regarding the conduct violation you received for Rule #30 Out of Bounds. You request that this complaint be filed as a reprisal grievance in accordance with D5-3.2.

Be advised that your complaint and relevant documentation have been reviewed and evidence of reprisal for your participation in the grievance procedure has not been found. I am returning your complaint to the WRDCC grievance officer so that it you can begin at the IRR stage and your complaint can be processed through normal channels.

Sincerely,

M B Atwell

Mariann B. Atwell, Psy.D.
Chief of Mental Health Services

MA/tmp

c: WRDCC Grievance Office

3C

GRIEVANCE LOG NUMBER: WRDCC-05-644

NAME AND NUMBER: Myrick, Lawrence #535535

CATEGORY: #5- Medical (MH)

Your grievance complaint has been reviewed. The issue of your complaint is since your return to incarceration, Medical and Mental Health are not prescribing you the same medications that you claim you received from Swope Parkway while released, or from other Department of Correction facilities for "neurotic or physical conditions". Your request is just to be given the same medications as prescribed by your doctor while you were outside of this institution, WRDCC.

This grievance contains issues regarding both Medical and Mental Health, but only the Mental Health issues will be addressed. Your grievance complaint was forwarded to Ms. Moore, DCPS Director of Mental Health for review and response. Ms. Moore reviewed your MARS records for the years '95, 98', '99, '00, '01, '02, '04, and '05 and noted zero psychiatric evaluations, and therefore no psychotropic medications have ever been prescribed. There are numerous mental health professional/therapists contacts, all documenting no signs or symptomolgy indicative of mental health distress or illness. There are however numerous medical physician contacts over the above years with the result of Elavil being prescribed, not for psychiatric indications. but rather for back pain related to previous injuries and is clearly documented as such.

See date at SW PK Wy and KCCC

All of the above was documented and duplicated in the previous IRR's dated December 2, 2004 and July 6, 2005 which were directed to Mental Health staff and answered in a more detailed fashion. Ms. Moore recommends that you work with Mental Health staff in a professional manner to include treatment of possible symptomology in mental health groups, completing psychometric testing which was requested by staff in November 2004, but refused, and with the Medial staff for treatment of your physical conditions, specifically back pain. L-6 to L-20 I was Not specifically knees arms feet Stucked at WRD CC

Since there are repeated contacts with Mental Health staff which document no presenting symptomology requiring psychiatric intervention, there is no evidence to support your request.

Grievance denied.

By who?

Catastrophes started in 2003 I used other Remedies when It was sugested that I could tell the DR I had to ... my emotion 40 daily

① 4C

Dear Inspector General, MR Mike Payne, 8-27-2005

I arrived at WRDCC on 5-13-2005. After making MR. [illegible] and other members of his mental staff aware of my Neurotic behaviors, conditions and symptoms do the loss of my mother, father, brother, son, aunt, neice and almost two of my sisters while being incarcerated for the last 6 1/2 yrs. And not being allowed to acquire any closure by attending the funerals or to view the bodies. Then being Released to another section of the D.O.C. for another 6 months and yet being Released again, homeless, Jobless, Clothless, helpless, familyless, and hopeless only to be shuned and ostracized by my family, As well as being denied even the "slightest company" of my 14 YR. old daughter whom "I would take a bullet in the head and heart for - no Questions asked" - If Need be. I went on to explicitly point out that on Sat. 4-23-05 I was struck over the head, Robbed and left for dead; which still today, causes me the most excruciating head-aches. And that The Doctors at Swope Pk. Wy. Health Center, in KC, mo. 816-924-5800, prescribed 200 mg of elavil, 800 mg Ibuprofen, Just as the Doctors in fulton mo. who prescribed 150 mg of elavils and Jackson County Jail Doctors who prescribed 200 mg of elavils and 800 mg Ibuprofens. Inspite of being made aware that my counsel at KCCC Half way house, my family and my parole officer Recommended that I see a doctor Regarding my Neurotic Condition; MR Hines stated to me: "I think it's the medication that's causing you problems". "I don't think you need it and we aint gonna give it to you". Therefore, on 5-23-2005 I filed an IRR. Still, I put in an innumerable amount of MSR's and spoke to a MR. Banks (2 times), MR. Evans (3 times), Ms. Trenskle (once) MR. Hines (twice) DR. Cavillo (4 times) Counsels and case workers (6 times) and doctor Suithikant (4 times) in their offices and in the halls as we passed each other. While some of these individuals was sympathetic, empathetic and very concerned, (especially DR. Suithikant) "except the very last time", on 8-25-05, "when he was admonished by his boss, MR. Daniel". All of the other individuals would look my number up on the Computer and say: "you have filed an IRR." "I can't go over my boss, MR Hines", and Refer you to a psychologist. Then they would open their door or ask me to leave their offices. Still, I was persistent with my attempts to

4C

get Some one to Refer me to a psychologist So that I could be treated for my Neurotic Condition. So on 8-17-2005, Mr. Evans Showed up on our 9 Am appoint at 10:00 Am "(1 hour late)" with about three pages of notes attached to my MSR. He Cautiously and Carefully Read them all as I sat in his office. Then He asked in a nonconcerned Manner and tone of voice: "What can I do for you?" I asked him to Refer me to a psychologist So that I could acquire some help that I am being denied "as well as the medication that three or four Other doctors have prescribed for my Neurotic behaviors". I Confided to him that I am hearing Voices Calling my name "only to find that No one actually is". I told him that I'm Suffering from "Compulsion, Obsessions, Phobias, Severe anxiety, depression, disassociation, Conversions, psychoneurosis, Schizophenia, headaches, paranoism, lost of memory, minute tension Spands, bad dreams and Night-mares. He said: "you chose to pursue the IRR procedure. I can't help you" and He said: "Is that all?" Then got up and proceeded to walk towards the door. On 8-25-05 at about 10:00 Am (and not 8:15 Am as frivolously and falsely Stated by DR. Suithikant's I.O.C) "8:15 is always doing Count time") while Returning from medical after picking up Some Shoe arch Supports", I peeped in DR Suithikant's Office and he motioned me to Come in and have a Seat. I inquired as to whether he had got back with his boss to See If He (MR. Suithikant) could treat me Regarding my neurotic behaviors? He said: yes. And he said that doctor Evans would talk to me. I told DR. Suithikant that MR. Evans had talked to me on 8-17-05. However, Still to No avail. Then DR. Suithikant picked up the phone and called his boss, "DR. Daniel". After a few minutes of Small talk and being Congradulated for passing another examination that entitled DR. Suithikant to attend more patients and Consequently get more hours and money while treating those patients. Then DR Suithikant mentioned my Name. Very Obvious, DR. Daniel asked DR. Suithikant why are you still talking to that guy? DR. Suithikant Conspicuous said: well he Stops me in the halls and he Just walks in my Office. Obviously, DR. Suithikant's Boss Admonished him about talking to me and directed DR. Suithikant [illegible] ON ME Stating that I have been Out of bounds



(over)

Several times, while on the phone with his boss, Dr. Suithikant mood and facial expression shifted from empathy and accommodating to a very subservient, passive and submissive mode and expression. Dr Suithikant said "to his boss", OK, alright, OK, "out of bounds" OK, OK, good-bye and he hung up the phone. Then, with a distasteful and disappointed expression, Dr Suithikant asked me for my I.D. Number, as he wrote it down. The Next day I received a CDV for being "out of bounds several times". Of course, certainly it was not ironic but simply on purpose and very intentionally that the 50 mg of elavil of which Dr. Covillo had prescribed and I had been taking for three and one half months - was suddenly discontinued (as another reprisal and retaliation tactic) that same day (8-26-05) that the frivolous and fraudulent C.V.D. was issued. In light of these very obvious and conspicuous revenge and vengeance tactics as well as a conspiracy to deny me medications that was prescribed by four other doctors. "Here, at WRDCC", I feel physically, mentally and medically challenged as well as threatened and disadvantaged". Therefore, I am humbly and respectfully requesting to be transfered to Tipton Correctional Center where I can be treated for my neurotic conditions in accordance with D.O.C policies, and granted medications in accordance to my medical illness and as per four other doctors who have prescribed specific medications for the last 2 1/2 yrs. In advance, I thank and appreciate you abundantly. Have an amazing day!

Yours Very Sincerely,

Lawrence Myrick

535535

4C

I (D)

(5) Basic claim made: Sergent Farrall and C.O. Hanks Confiscated my Medical pass which restricted me from standing in line for lunches as others offenders who had the same medical restriction

(6) Date of disposition:

(7) Disposition: This issue was never resolved and can't possibly be resolved now
[(pending) (on appeal) (resolved)]

(8) If resolved, state whether for:

[(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim.

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

MR. C.O. Hanks and Sergeant Farrall Confiscated my medical restrictions pass which was issued by three Of The Western Reception Dianostic Correction Center Doctors

B. State briefly your legal theory or cite appropriate authority:

Such denial and Confiscation of my medical pass (which allowed me to go to the Dinning Room first with Other Offenders who possessed the same medical restrictions) "Caused me excruciating pains and pangs all through my body

2D

RS
1-30-06
Sgt. Ferrell

please Keep me informed as to the status of this IRR

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

OFFENDER NAME: Myrick, Lawrence
DOC NUMBER: 535535

DATE STAFF RECEIVED IRR: 2-1-06
COMPLAINT NUMBER: WRDCC-06-154
CATEGORY: 4
HOUSING UNIT: 61AC

**COMPLAINT - ONE ISSUE - BE SPECIFIC** My Medical Lay-In Restriction pass was confiscated by Sergeant Farrall on 1-28-2006. When I inquired as to his rationale, he stated that he was honoring the Captain's Request. When I insisted that I desired and required an answer, Mr. Farrall threaten to lock me up in isolation

**STATE YOUR PROBLEM BRIEFLY**
If I didn't go to my cell. Mr Farrall's overt actions (in the presence of other C/O's and offenders) caused me mental stress and strain. Had I went to the dinning room and stood in the long lines my feet, legs, knees and back would have experienced excessive severe pangs and pains. So I have not been to the dinning room since. I've had to beg and borrow food from others. I have not received my medical lay-in restriction pass back from

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING** Mr Farrall as of this date 1-30-2006

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN | ☐ IRR NOT RESOLVED BY DISCUSSION

OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE

**STAFF FINDINGS/RESPONSE**

INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE

REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

OFFENDER SIGNATURE | DATE

MO 931-3376 (12-04)

3 RD

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| WRDCC-06-154 | | |

INSTITUTION USE ONLY

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Myrick, Lawrence | | 535535 | | | WRDCC |

OFFENDER GRIEVANCE/REQUEST

Sergeant Farrall Confiscated my medical lay-in Restrictions pass So that I could no longer go to the Lunch Room with other Offenders who had the same Restrictions given to us by the D.O.C'S doctors. When I inquired as to why my pass was being Confiscated; Sergeant Farrall Stated in a very authoratory Manner and tone of Voice. I don't have to tell you nothing *! **

Sergeant Farrall's actions Cause me such excruciating pains and pangs Sergeant Farrall's actions was in violation of the D.O.C's doctors Order as well as my Rights

OFFENDER SIGNATURE: Lawrence Myrick

DATE: 1-31-2006

SUPERINTENDENT RESPONSE

SUPERINTENDENT/SECTION HEAD

DATE

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION ☐ I APPEAL THIS DECISION

OFFENDER SIGNATURE

DATE



MO 931-3377 (12-04)

4D

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
# MEDICAL SERVICES REQUEST

| | |
|---|---|
| INSTITUTION | DATE RECEIVED BY MEDICAL |

PATIENT NAME (PLEASE PRINT): Laurence McGuick

| DOC NUMBER | DOB | DATE |
|---|---|---|
| 535535 | 5-9-48 | 1-30-2006 |

HOUSING UNIT: #6-1AC-129

WORK/SCHOOL SCHEDULE: Sergeant Farral (in the presence of Other C/o's

FOR: and Offenders) Confiscated my lay-in pass Causing

I WISH TO BE SEEN BY (CHECK ONE)
☑ MEDICAL ☐ MENTAL HEALTH ☐ DENTAL ☐ OTHER

REQUESTING OVER THE COUNTER (OTC) MEDICATION ONLY
☐ WHAT MEDICATION? ______

WHAT MEDICATIONS ARE YOU CURRENTLY TAKING? me to Stand in line for lunch Against Doctor's

WHAT EXISTING MEDICAL CONDITIONS HAVE BEEN DIAGNOSED? ORders Since 1-27-2006. Causing my feet and Knee to excessively

PATIENT SIGNATURE AND AUTHORIZATION TO TREAT: Laurence McGuick

| INITIAL FOR RECEIPT OF OTC INSTRUCTIONS | DATE | TIME |
|---|---|---|
| pain, Swell and ache Very excruciatingly | | |

**DO NOT WRITE BELOW THIS LINE - FOR MEDICAL USE ONLY**

TRIAGE NURSE | DATE

☐ Routine ☐ Mental Health ☐ To DON ☐ To Dental ☐ To Optometry ☐ To Lab/X-Ray
☐ Urgent ☐ Visit Scheduled ☐ Medication Rm ☐ Doctor Sick Call ☐ Nurse Sick Call ☐ To Administrator
☐ Emergent ☐ Doctor Review, No Visit/Last Seen ______

## SCHEDULING

☐ Appointment Scheduled ______ (Initials)
☐ Protocol Code to be Scheduled: ______ See Current Listing (F19)
☐ Complaint Code to be Scheduled (If No Protocol Available): ______ See Current Listing (F19)

## NURSING VISIT

VITALS
T ____ P ____ R ____ B/P ____ Wt. ____

ORTHOSTATIC VITALS: STANDING BP ____ P ____ SITTING BP ____ P ____ LYING BP ____ P ____

☐ Documentation in computerized medical record
☐ Protocol completed
☐ Follow up in ______ days per MSR if no improvement

NURSE SIGNATURE | DATE | TIME

## PHYSICIAN VISIT

☐ Documentation in computerized medical record
☐ Medically Unnecessary or Cosmetic Procedure
☐ Follow up in ______ days per MSR if no improvement
☐ Referral or Non-Formulary Medication requested via computer

PHYSICIAN SIGNATURE | DATE | TIME

| MEDICAL ACTION TAKEN | DATE/INITIALS | MEDICAL ACTION TAKEN | DATE/INITIALS |
|---|---|---|---|
| ☐ Follow Up Physician Visit Scheduled | | ☐ Chronic Care Clinic Visit Scheduled | |
| ☐ Follow Up Nursing Visit Scheduled | | ☐ Laboratory Test(s) Ordered / Scheduled | |
| ☐ Follow Up Nurse Practitioner Visit Scheduled | | ☐ X-Ray(s) Ordered / Scheduled | |
| ☐ Pending Referral or Non-Formulary | | ☐ Medications ordered | |
| ☐ **Follow up with Physician when above is completed.** | | | |

---

| OFFENDER NAME | DOC NUMBER | INSTITUTION | HOUSING UNIT |
|---|---|---|---|
| | | | |

| MEDICAL ACTION TAKEN | DATE/INITIALS | MEDICAL ACTION TAKEN | DATE/INITIALS |
|---|---|---|---|
| ☐ Follow Up Physician Visit Scheduled | | ☐ Chronic Care Clinic Visit Scheduled | |
| ☐ Follow Up Nursing Visit Scheduled | | ☐ Laboratory Test(s) Ordered / Scheduled | |
| ☐ Follow Up Nurse Practitioner Visit Scheduled | | ☐ X-Ray(s) Ordered / Scheduled | |
| ☐ Pending Referral or Non-Formulary | | ☐ Medications Ordered | |
| ☐ Other | | | |

REVIEWED BY | DATE | TIME

MO 931-1319 (7-02)

BOTTOM PORTION RETURNED TO OFFENDER FOR NOTIFICATION OF ACTION TAKEN.

1 (E)

(5) Basic claim made: Kelly Still and Co Hanks Conspired to invent and manufacted a frivolous and a fraudulent conduct violation report the

(6) Date of disposition: it's issued can't possibly be resolved

(7) Disposition: ______
[(pending) (on appeal) (resolved)]

(8) If resolved, state whether for:
______
[(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

ON 1-23-2006 (while in medical at 2:00pm on a medical call out) I mentioned that (because I had not received the cane that Mr. Greer had prescribed) I fell on the stairs again. and I was going to fill out a complaint form. At 3 or 4pm on 1-23-2006 Mr. C.O. Hanks who was not even on duty at the time of the fraudulent, malicious and frivolous C.D.V. The Officer on duty refused to write a C.D.V. on me for causing a disturbance.

B. State briefly your legal theory or cite appropriate authority:

Kelly Still, denied me my medical aid "a cane" that had been in the nurses' station until 1-23-2006 when I mentioned that I was going to complete a complaint form she abruptly gave me the cane. Such actions caused me unnecessary pains and injuries as well as defamed my character.

5/96

LE

RS 1-30-06 COI Hanks

Please Keep me abreasted of the Results of this IRR [signature]

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

INSTITUTION USE ONLY | ☐ EMERGENCY COMPLAINT

| OFFENDER NAME Myrick, Lawrence | | | DOC NUMBER 535535 |
|---|---|---|---|
| DATE STAFF RECEIVED IRR 2-1-06 | COMPLAINT NUMBER WRICC-06-151 | CATEGORY 8 | HOUSING UNIT 6 / AC |

**COMPLAINT - ONE ISSUE - BE SPECIFIC** I told Co Hanks and Sergeant Kibby had no problem with me going to eat early.

On 1-29-2005 C/O Hanks told me that I Could not go to the dinning hall to eat with those who are physically Challenged ~~[illegible]~~ as I've done in the past When I appealed to Serg

**STATE YOUR PROBLEM BRIEFLY**

eant Shipley he didn't Respond to my Request to Know why I Could ~~[illegible]~~ Not go to the dinning Room at 5pm with the Other Offenders Who's Medical Lay-In Restriction Slips have the Same "No prolonged Standing" as mine. CO Hanks obviously Singled me out because I told him that I was going to write an IRR on him for fraudulently and frivolously writing a C.D.V. on me for Supposely Creating a disturbance in medical on 1-23-2006 at 2pm "when he was Not even at work."

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

STAFF USE ONLY

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN | ☐ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|



MO 931-3376 (12-04)

3E

RS
1-30-06
COI Hanks

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

**INSTITUTION USE ONLY** ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | | | DOC NUMBER |
|---|---|---|---|
| Myrick, L | | | |
| DATE STAFF RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
| | | | |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

On 1-29-2005 C/O Hanks told me that I could not go to the dinning hall to eat with those who are physically challenged as I've done in the past when I appealed to Serg

**STATE YOUR PROBLEM BRIEFLY**

eant Shipley "he didn't Respond to my Request to know why I could Not go to the dinning Room at 5pm. with the Other Offenders who's medical lay-in Restriction Slips have the Same "No prolonged Standing" as mine. CR Hanks obviously Singled me out because I told him that I was going to write an IRR on him for fraudulently and frivolously writing a C.D.V. on me for supposely Creating a disturbance in medical on 1-23-2006 at 2pm. when he was not even at work."

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN

☐ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| | | | |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| | | | |
| REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

MO 931-3376 (12-04)

ES
1-25-06

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

4E

| | | | |
|---|---|---|---|
| OFFENDER NAME Myrick Laurence | | | DOC NUMBER |
| DATE STAFF RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT 6 1AC |

**COMPLAINT - ONE ISSUE - BE SPECIFIC** Conspiracy, ~~and~~ ReQuital and Harassment tactics

Mr. Hanks and RPN, Stillman Conspired in a very Conspicuous, Conspiratorial manner and and with vicious and malicious intent by fraudulent and frivolously fabrication when they wrote ~~an~~ C.D.V. falsely accusing me of Causing a disturbance when I stated that I had fell on the stairs twice

**STATE YOUR PROBLEM BRIEFLY** and that I Need my Cane that the Doctor had order almost 2 weeks ago.

R.P.N. Stillman and Co Hanks maliciously, vendictively and spitefully ~~[illegible]~~ Conspired and lied on me by writting a C.D.V. that's falacious, frivolous and nonessential as it stated that I created invented and manufactured an agitation and an interruption. The above individuals Conduct and Slander created a Scandal that was offensive, defamatory, libelous and mystifying to my sense of decency, Shocking to my moral emotions and menacing and excessively annoying to my Rights, health

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING** and liberties.

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN ☐ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN FIVE (5) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|



MO 931-3376 (9-00)

5E

RS
1-27-06
CPU

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**INFORMAL RESOLUTION REQUEST**

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | | | DOC NUMBER |
|---|---|---|---|
| Myrick, Lawrence | | | 535535 |
| DATE STAFF RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
| | | Medical Since | 6 / AC |

**COMPLAINT - ONE ISSUE - BE SPECIFIC** I have been denied Any Medical ~~treatment~~ on my knee since 1-23-06 until 2-1-06

on 1-23-2006 at 125 pm, I fell on the step "again" injuring my Right Knee this time do to me being denied the Cane that Doctor Greene Order for me on 1-11-2006 I was told by someone else that my Cane was in the Nurse's Station on 1-12-2006

**STATE YOUR PROBLEM BRIEFLY** with my Name on it. I observed the Cane for 12 days prior to Receiving it on 1-23-06

Although Nurse Still [redacted] acknowledged that it was my Cane and had me sign for it, I've since completed 3 MSR'S and even declared an emergency to Sick Call only to have those Requests land on deaf and deaf ears as of this date I have not seen the doctor or Received any medical treatment for my Knee. The Nurse Stillman told me on 1-26-06 that she would make me an appointment

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING** to see that doctor for my swollen draining Knee on Wed. one day after I'm Released 2-1-2006

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN ☐ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| | | | |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| | | | |
| REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY ✓ | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |



MO 931-3376 (12-04)

I (F)

(5) Basic claim made: ① MR. Long, denied me Copies of my IRRS and the Right to proceed to the next Phase ② C/o Hatch and Nurse Sami Vergenia wrote a CDV on me when she was not on duty at the time

(6) Date of disposition: of a supposed out of bounds infraction

(7) Disposition: It's Not Resolvable
[(pending) (on appeal) (resolved)]

(8) If resolved, state whether for:

[(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

① ON various dates, MR. Long denied me the Opportunity to proceed to the next phase. He denied me Copies, also, of my IRRS ② CO Hatch was instructed and hand picked to write a fraudulent C.D.V. stating that I was out of bounds when the doctor invited me into his office to discuss me Not being refered for medical treatment and Counseling

B. State briefly your legal theory or cite appropriate authority:

MR. Long's boasting about me Not being Capable of Circumstantiating his denial to allow me to proceed to the Next phase of the Offenders grievance proceeder Violated the D.O.C's Rules And my 8th amendment Rights. C.O. Hatch's fraudulently C.D.V. Defamed my Character as well as the misplaced truth of Nurse Sami Vergenia who falsely stated that I was out of bounds when the Doctor invited me to have a seat in his office on my way from a medical Call out

5/96

9 Am 8-30-05 MR CRESS, agreed with mR. Long that I couldn't CIRcum Stantiate these facts. He told me that as of 8-19-05, mR Long was No Longer employed by the State. However in that case I Submitted for that Reason alone I Responded action on this grievance. Of course I could prove that mR Long denied me access to proceed to the Next phrase as well as a Copy of my previous IRR

ZF

8-29-05

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**OFFENDER GRIEVANCE**

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| | WRDCC-05-644 | |

**INSTITUTION USE ONLY** ☒ EMERGENCY GRIEVANCE ☐ NON-GRIEVABLE ISSUE

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Merick | Lawrence | 535535 | 11 | 2-A | WRDCC |

**OFFENDER GRIEVANCE/REQUEST**

ON 5-23-2005 While Residing in 10-house After Numerous Kite Requests, MR Long Sent me an IRR. ON 5-26-05 I Signed Off ON the un-Resolved IRR. MR Long would Not Allow me to proceed the Next phrase and neither would he provide me with a Copy of the IRR that I Signed Off ON 5-26-2005 IRR# WRDCC 05-644. When I Admonished I asked MR Long his last Name He Responded "MR Long". When I asked MR Long for his first Name he Responded, [illegible] Sticky, MR Long. I Stated: I am going to WRite you up for denying me a Copy of my IRR and dening me the Opportunity to proceed to the Next phrase. He Responded With a Sneer [illegible] Smirky Sound and facial expression: you Can't prove it.* MR Longs Smirky and Sneer Actions WAS Shere Vengence and Revengence as well as Overt Obstruction Of the grievance process. Such Conduct and Reprisal tactics are in Opposition to the D.O.C's procedures and Crys Out to be addressed by his Superiors. MR. Long desperately Needs and Requires to be disciplined to the fullest extent.* Note later on I was told that MR Long was terminated do to other Related employment infractions.

OFFENDER SIGNATURE Lawrence Merick

DATE 8-29-2005

**SUPERINTENDENT RESPONSE**

① why did mR Cress So diligently want me to cease action on the IRR?
② Isn't the state still liable for his harrassment tactics
③ when did Long No longer become an employee of the State?
④ mR. Cress permitted me to Reopen my IRR because he knew I could prove that Long had allowed the time limitation to response expire
5. why didn't mR. Cress give me a copy of the grievance He asked me to respond against Long
6. why did mR Evans bring me the IRR to Sign off on knowing it was out of time and that it was pertaining to him and his staff

Why did This is the wrong IRR # and this IRR was Not processed

SUPERINTENDENT/SECTION HEAD

DATE

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within five (5) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION ☐ I APPEAL THIS DECISION

OFFENDER SIGNATURE

DATE

MO 931-3377 (2-00)

1 (9)

(5) Basic claim made: The disciplinary Officer (in 6th House) assigned me to do 16 HRS of extra duty

(6) Date of disposition: ______

(7) Disposition: Can NOT possibly be resolved
[(pending) (on appeal) (resolved)]

(8) If resolved, state whether for:

______
[(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

The discipl Officer (in Six house) order me to do 16 hours extra when I mentioned that I had medical Restrictions that Restricted me from doing any type of work including No prolonged standing, stooping, lifting, walking, Reaching Etc, al, i.e. I was given the Choice to mop, sweep, paint and pick-up Cigarret butts or be placed in isolation.

B. State briefly your legal theory or cite appropriate authority:

The Grievance Officer actions violated The doctors Restrictions and Caused me Such excruciating pains and pangs

5/96

26

New Address - Hu# 006-200-215-02B

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**DISCIPLINARY ACTION REPORT**

| INSTITUTION | HOUSING UNIT | CUSTODY LEVEL | RULE VIOLATION |
|---|---|---|---|
| WRDCC | Hu # 11-2AB 205-2B | Food Serv 3:00pm 8:00pm | #30 |

INMATE NAME: Myrick Lawrence
DOC NUMBER: 535535
ASSIGNMENT: D-42
REASON REFERRED
REFERRED ☐ INITIALS
TIME ☐ A.M. ☐ P.M. DATE

**FINDINGS AND EVIDENCE RELIED ON**

TIME 1:28 ☐ A.M. ☒ P.M. DATE 09-07-05

Do you understand your Rights (yes) no
Inmate Statement Dr. Suthikant asked me to come in I sat down. Dr Suthikant called Mr Evans, and then I was written up after Dr Evans Intructed Dr. Suthikant to write out an IOC to write me up.
Findings
Evidence Relied on: The Reporting Officer stated that she was informed by Perf Sami Yerganian RN BSN that inmate Myrick, Lawrence # 535535 had been in the Hu#11 Medical Unit on Several Occasions without an appointment.

Heard Late due to Time Constraints
Arrived at WRDCC 6-15-05 CDVS at Hu#006 | the v10 late their own Rules CDVS last 6 2 mo

**RECOMMENDATION**

(1) 16 Hours Extra Duty Hu#006 Completed by 9-21-05

HEARING STAFF SIGNATURE: [signature] 40261
DATE 09-07-05

I HAVE BEEN INFORMED OF THE EVIDENCE RELIED ON AND THE FINDINGS AND RECOMMENDATIONS.

INMATE SIGNATURE X [signature]
DOC NUMBER X
DATE X 9-07-05
REFUSED TO SIGN ☐

**RECOMMENDED ACTION OF THE ASSOCIATE SUPERINTENDENT/UNIT MANAGER**

☐ RECOMMENDED AS SUBMITTED ☐ RECOMMENDED MODIFICATIONS

SIGNATURE
DATE

**ACTION OF SUPERINTENDENT/ASSOCIATE SUPERINTENDENT**

☐ APPROVED AS SUBMITTED ☐ APPROVED AS MODIFIED ☐ OTHER See Above

I Never Said OR was asked If I underStood My RightS also this hearing process is out of time It's been more than 4 working days Since I Received this write-up again the institution has proven their Alliance, Allegiance and Reliance is only to theselves and their families who are Co-workers. Again they have Circumstaniated that they Could Not Recognize the truth if it was their own Mother

SIGNATURE
I Refused to Sign Date
DATE

MO 931-0086 (7-93)

DISTRIBUTION: BLUE - CLASSIFICATION FILE VIA DATA ENTRY OPERATOR CANARY - INMATE

3G

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**EXTRA DUTY ASSIGNMENT RECORD**

DATE: 09-07-05

INSTRUCTIONS: TO BE USED ONLY WHEN EXTRA DUTY IS ASSIGNED BY UNIT TEAM.

INMATE NAME: Myrick Lawrence

REGISTER NUMBER: 535535

HOUSING UNIT: 006-2DC-215

EXTRA DUTY TO BE PERFORMED: 16 Hours

DATE EXTRA DUTY TO BE COMPLETED: 09-21-05

MEDICAL DUTY STATUS: full

UNIT TEAM MEMBER'S SIGNATURE: [signature] CCW I 40167

| HOURS COMPLETED | DATE | STAFF MEMBER SIGNATURE |
|---|---|---|
| 3 hrs. | 9-12-05 | COI McCook 47356 |
| 2 hrs | 9-12-05 | COI [signature] 47497 |
| 2 hrs | 9-13-05 | Bailey, COI 40169 |
| 2 hrs | 9-13-05 | COI [signature] 47497 |
| 2 hrs | 9-15-05 | Bailey COI 40169 |
| 3 hrs | 9-16-05 | COI [signature] 50489 |
| 2 hrs | 9-19-05 | COI [signature] 47497 |
| | | |
| | | |

DOCUMENTATION OF EXTRA DUTY COMPLETED IS TO BE RECORDED ON THE SUPERVISOR'S AND INMATE'S COPIES OF THIS FORM. WHEN THE EXTRA DUTY IS COMPLETED THE SUPERVISOR'S COPY IS TO BE RETURNED TO THE INMATE'S UNIT TEAM.

MO 931-0752 (2-90) **DISTRIBUTION:** **WHITE** - STAFF SUPERVISING EXTRA DUTY **CANARY** - UNIT TEAM **PINK** - INMATE

(H)

(5) Basic claim made: The dentist and Optomologist: denied my Rights to dental and eye Care with IN a Reasonable period of time

(6) Date of disposition: Not Resolved

(7) Disposition: Can't Possibly be Resolved
[(pending) (on appeal) (resolved)]

(8) If resolved, state whether for: ______
[(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

I arrived at the W.R.D.C.C. on 5-13-2005 I Requested to have two filling Refilled that was Causing me excruciating pains and I had to Compensate Other Offenders for using their glasses to Read and write.

B. State briefly your legal theory or cite appropriate authority:

Do to the delayed actions (of three to five months) by the Doc. I suffered such excruciating mental and physical pains. Such denials depriced me of my medical Rights to Receive Medical treatments with IN a Reasonable time period

2H

STATE OF MISSOURI DEPARTMENT OF CORRECTIONS

**INFORMAL RESOLUTION REQUEST**

8·29·05

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

| OFFENDER NAME | | | DOC NUMBER |
|---|---|---|---|
| Dwanemae Meyrick | | | 535535 |
| DATE STAFF RECEIVED IRR: 8·29·05 | COMPLAINT NUMBER | CATEGORY: Medical | HOUSING UNIT: 11- |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

My State issued Eyeglasses prescribtion is Obviously erroroneous because they hurts my eyes and causes my head to ache after I use them for a short period of time.

**STATE YOUR PROBLEM BRIEFLY**

I've Completed many M.S.R.'S Requesting to get them Checked to determine If the prescribtion is Correct and Capatible with my eyes; However, (Since 6-2005) Still, to No Avail.

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

I Need my glasses Checked for appropriateness. I feel threaten medically, Physically and mentally by the Staff here at WRDCC. Therefore I'm humbly and Respectfully Requesting to be transfered to Tipton Correctional Center

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN ☐ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| | | | |

**STAFF FINDINGS/RESPONSE**

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| | | | |
| REVIEWER SIGNATURE | DATE | RESULTS ☐ SATISFACTORY ☐ UNSATISFACTORY | |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |



MO 931-3376 (12-04)

I

(5) Basic claim made: I was denied access to the legal library to research my case prior to going to court on 6-15-2005

(6) Date of disposition: This issue can't possible be resolved

(7) Disposition: ______
[(pending) (on appeal) (resolved)]

(8) If resolved, state whether for:

[(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

I made several requests to get access to the legal library to research my case before going to court on 6-2005 as it related to time limitation and what motions to file

B. State briefly your legal theory or cite appropriate authority:

I was denied my rights to access to legal law books and access to the D.O.C's legal library to research my case and prepare for my court date of 6-200

2 I

# HOUSING UNIT 10 LAW LIBRARY REQUEST FORM

OFFENDER NAME: Lawrence Myrick OFFENDER NUMBER: 535535

WING/ROOM ASSIGNMENT: J-29-T DATE: 6-26-2005

The Law Library will only provide Form #40. The library may provide formats on how to fill out other forms related to cases, such as Plea of Guilty, Motions for Time Credit, Power of Attorney, Habeas Corpus, 180 Day Writs (217.450), Motion for Probation Time Credit and Motion for Sentence Reduction. Offender's may request Missouri and United State Statutes, however, statutes for other states are not available. Caseworkers have been provided with addresses for all Missouri county courts, Kansas City area municipal courts and other state agencies.

(1) Request: Please provide me with the term and written definition as it applys to law and as well as it is defined by The Missouri Sentencing guidlines Commision. I was incarcerated from 9-29 1995 to 1-23-1996. Does the Law and The Missouri Sentencing guidlines Commission [illegible] to 117 days incarceration in a main line institution as a term of incarceration?

(2) what are the statues of limitations on fraud and forgery?

CCA/Caseworker Signature: [signature]

Law Clerk Signature: ______________________ Date: __________

Law Clerk Comments:

YOU WILL HAVE TO WAIT UNTIL YOU GET TO A CAMP TO DO YOUR OWN RESEARCH. WE ARE NOT ALLOWED.

RECEIVED
JUN 28 2005
WRDCC LIBRARY

Received 5-8-05 7-10-05

31

# HU#10 Caseworker Kite

HU#10 Classification Matters Only

**Date:** 7-24-05

**Offender Name:** Lawrence McKick **Offender Number:** 535535

**Wing:** I **Room:** 454-B

**To Floor Caseworker:** ___ Mr. Masters (1st & 2nd Floor, J-wing, C188)

___ Mr. Long (3rd & 4th Floor, TCU) ___ Mr. Rodriguez (TASC & AD-SEG Unit)

*** Day to day functions and activities of Housing Unit #10.**

**To C&A Caseworker:** ___ Mr. Smith (00-33) ✓ Mr.Newsom (34-66)

___ Mrs. Borske (67-99/MOSOP) ___ Mrs. Sipes (120's/Treatment)

*** Handle Offender files and classification. C&A caseworker will conduct an interview with you, when your file is complete.**

**Request:** ___ Law Library Form ___ Special Visit Request Form ___ Chaplain

___ P&P Kite ___ Pin Number Problem Form ___ IRR

___ Business Office ___ Records Office

Other (Be Specific): MR Newsom, Please Send me a Copy of the Rules Regulations and the time limits for Reporting and Responding as they relate to IRR Process Thank you Sir

Lawrence McKick

**Do Not Write Below This Line**

---

**Caseworker Response:** You can talk to your unit caseworker one wait til you get to your assign institution go to Law Library.

*** This is the only Kite Form that will be answered by HU#10 Classification Staff, NO EXCEPTIONS**

04-20-05

(5)

(5) Basic claim made: My Court Appointed attorney MR Leon Mundy, allow me to be sentenced on a charge that was out of the 1 yr limitation

(6) Date of disposition: ______

(7) Disposition: ______
[(pending) (on appeal) (resolved)]

(8) If resolved, state whether for:
______
[(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

My Court Appointed Attorney MR Leon ~~Mundy~~ Mundy denied and ignored my many pleas when I told him that my fraudulent-Identity theft charged occured on the 3rd and 6th months of 2003 so the defective intentionally listed the occurance date as 12-9-2004 to give the appearance that my 1 yr. misdemeanor time limitation on the I.D. theft had not expired. MR Mundy all told me that I was not in Jail from 4-20 to 4-22-2004 denying me two days Jail time credit

B. State briefly your legal theory or cite appropriate authority:

My Mundy's Neglegence allow me to be charged on a misdemeanor that was committed over a yr. ago before I was charged. His Neglegence denied me two days Jail time credit and caused me to serve 7 days over my 1 yr sentence ~~to~~ be charged on a misdemeanor that was out of time limitation. I received a one yr. sentence on 6-1-2005 - 14 days Jail time credit, yet my yr. sentence isn't complete until 6-5-2006

5/96

535535 199508668

2J

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI,
☒ AT KANSAS CITY ☐ AT INDEPENDENCE **OFFENDER COPY**

STATE OF MISSOURI
PLAINTIFF

8-4-05
old Sentence expired

VS.

NO. 0516-CR01159

DOCKET A

DIVISION 7

Laurence Myrick
DEFENDANT

10/12/48
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

Offense date - 12/9/04

JUN 2005 RECEIVED WRDCC Records

## JUDGMENT
(GUILTY PLEA - NO PROBATION)

On 6/15/ 2005 came the attorney for the State J Cipolla

and defendant appeared in person and by attorney, L Munday

It is adjudged that defendant, having been found guilty upon a plea of guilty entered on 6/15/ 2005 of the offense(s) of Ct 1 - forgery - C Fel
Ct 2 - Identity Theft - C Misd

a class ________ felony/misdemeanor, is guilty of said offense(s)

It is ordered and adjudged that defendant is sentenced and committed to the custody of the ... Institutions Jackson County Department of Corrections for imprisonment for a period of
Ct 1 - 1 MDC
Ct 2 - 10 days JCJ

CERTIFIED COPY
I certify that the foregoing document is a full, true, and complete copy of the original on file in my office and of which I am legal custodian.
Jaci L. Morgan
Court Administrator
Circuit Court of Jackson County, Missouri
6/15/05 Date By [signature] Deputy

It is ordered that the Court Administrator deliver a certified copy of this judgment and commitment to the Jackson County Department of Corrections and that the copy serve as the commitment of defendant.

It is ordered and adjudged that the State of Missouri have and recover from defendant the sum of $ 46 for the Crime Victims' Compensation Fund, and that execution issue therefor.

It is ordered and adjudged, pursuant to Chapter 600 R.S.Mo that the State of Missouri have and recover from defendant the sum of $ 50 for services of the Public Defender, and that execution issue therefor.

6-15-05
DATE

[signature]
JUDGE

Judge Ann Mesle
1315 Locust St
881-3607
Fax 881-3227

CIRCT 1350 - 1/00

ORIGINAL
(File in Court's Case File Folder)

3J

Tel: 816.881.4200
Fax: 816.881.3199

DEPARTMENT OF CORRECTIONS
JACKSON COUNTY, MISSOURI
1300 Cherry Street
Kansas City, Missouri 64106

To Whom It May Concern:

# Certification of Time Served

The Jackson County Department of Corrections Hereby Endorses Upon This Certification That

**Name:** MYRICK, LARRY C **DOB** 5/2/54
**SSN:** 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 **RACE:** B **SEX:** M
**Case #:** 0516-CR01139

## Has Served

## 2

## DAYS

## PERIOD(S) OF INCARCERATION

| | | | | | |
|---|---|---|---|---|---|
| | | **To:** | | | **days** |
| **From:** | 04/21/2005 | **To:** | 04/22/2005 | 2 | **days** |
| **From:** | | **To:** | | | **days** |
| **From:** | | **To:** | | | **days** |
| **From:** | | **To:** | | | **days** |
| **From:** | | **To:** | | | **days** |
| **From:** | | **To:** | | | **days** |
| **From:** | | **To:** | | | **days** |

Criminal Record Technician

MLP

LETTERS OF INCARCERATION
4-20 to 4 22-JCJ= 3days, I was arrest at my p.o. office and taken to JCJ.
5-10 to 5-13- JCJ= 3 days
5-13 to 6-6 WRDCC=23-days
6-6 to 6-20= 15 days

Tel: 816.881.4200
Fax: 816.881.3199

# DEPARTMENT OF CORRECTIONS

JACKSON COUNTY, MISSOURI
1300 Cherry Street
Kansas City, Missouri 64106

45

To Whom It May Concern:

# Certification of Time Served

The Jackson County Department of Corrections Hereby Endorses Upon This Certification That

**Name:** LAWERENCE MYRICK **DOB** 10/12/48
**SSN:** 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 **Race:** B **Gender:** M
**Case:** 0516-CR01139

## HAS SERVED

## 15

## DAYS

### PERIOD(S) OF INCARCERATION

| | | | | |
|---|---|---|---|---|
| From: | 06/06/2005 | To: | 06/20/2005 | ~~15~~ days |
| From: | | To: | | days |
| From: | | To: | | days |
| From: | | To: | | days |
| From: | | To: | | days |
| From: | | To: | | days |
| From: | | To: | | days |
| From: | | To: | | days |

Criminal Record Technician

CRMORRISON

Rita Swartz

**MISSOURI STATE PUBLIC DEFENDER SYSTEM**
Trial Division
Oak Tower, 20th Floor -- 324 East 11th Street
Kansas City, Missouri 64106-2417
Telephone: 816-889-2099 Fax: 816-889-2999

55

September 13, 2005

Mr. Lawrence Myrick #535535
Western Missouri Correctional Center
609 E. Pence Road
Cameron, MO 64429

Re: 0516-CR01139

Dear Mr. Myrick:

I received your letter of September 8, 2005.

First, the statute of limitations had not expired on the misdemeanor charge. In fact, the one year statute of limitations still hasn't expired. The date of the offense was December 9, 2004. NO,

Second, the Jackson County Detention Center says you were not in the Jackson County Jail from April 20, 2005, until April 22, 2005. You may have been in custody, but if you weren't in the Jackson County Jail you aren't entitled to credit. The

Third, the Jackson county Detention Center says you were in the Jackson County Jail from May 10, 2005, until May 13, 2005, but you were held not on the above-referenced case but on a parole violation warrant, so you aren't entitled to credit.

You did receive credit for June 6, 2005, until you returned to prison on June 20, 2005.

I am enclosing a copy of the judgment in your case. The court reporter has not prepared a transcript and ~~will not do so unless he is paid for one, and I am not authorized to purchase one.~~

Finally, you might recall that you have an extensive record and that the state's plea offer in this case was for 7 years. You did not help your cause by making a statement to detectives. All in all, I believe you received a pretty good outcome under the circumstances.

Sincerely,

Leon Munday
Assistant Public Defender

(K)

(5) Basic claim made: The Dept Of Corrections Continues to Confiscate my funds for the E.M.P. of which I have already paid for, the one E.M.P. that I was ordered to

(6) Date of disposition: Complete from February 96 to June 16 1996

(7) Disposition: I Couldn't Resolve this issue
[(pending) (on appeal) (resolved)]

(8) If resolved, state whether for:

[(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

I participated in the E.M.P. One time and one time Only. I Successfully Complete it from 1995 February to June 16 1996

B. State briefly your legal theory or cite appropriate authority:

The D.O.C'S actions Caused me great heart Ship And the denial to Spend my own Money as Other Offenders

2K

placed at KCCC on the same date. MYRICK received one violation since his release in September 2004, until the above violation. Subject has successfully completed the following programs: Electronic Monitoring Program on two occasions, once in April 1996 and again in June 1996; and the CRC-Treatment program at KCCRC in January 2003. As MYRICK does not appear to pose a danger to the community and he has incurred only technical violations, the recommendation is for continuance with the stipulation of RF.

V. AVAILABILITY

MYRICK was returned to WRDCC from Jackson County on 11/01/04. Subject signed his preliminary hearing waiver on 11/05/04, and is immediately available to the Parole Board.

Respectfully submitted,

Sharon Smith, PO-II
Probation and Parole Officer

Date: ______________________

Wade R. Beers, DA-II Church Farm
Supervisor

Date: ______________________

SS/sas (Date Created: 11/09/04)

**ETRNI01128** 3K **Work with Transactions** **7/16/04 14:37:00**

535535 LAWRENCE MYRICK

Balance 564.59-

Type options, press Enter.
5=View

| Opt | Date | Amount | Check # | Code | Description |
|---|---|---|---|---|---|
| __ | 5/21/2004 | 100.41 | 351455 | P | Payment 05/21/2004 |
| __ | 12/15/2003 | 665.00- | | B | BAL FWD AS OF 07/06/01 |

**F6=Add/Create F10=Print F12=Cancel**

Emp EHC

DATE: 6-3-4 **4K**

TO: Myrick, Lawrence — 535535 — 10-26
Name — Number — Housing Unit
WRDCC St. Joseph

FROM: [signature]
Business Office
WRDCC St. Joseph

SUBJECT: Funds removed from your account

Offender Finance, Central Office removed $ 100.41 from your account to place towards funds owed to:

✓ EMP from dates 1/24/1994 thru 6/18/1996 in the amount of 665.00. You now owe 564.59

____ Half-way House Maintenance from dates ________ thru ________ in the amount of ________.

____ Community Release Center from dates ________ thru ________ in the amount of ________.

____ OTHER Funds owed to ________

564.59
100.41
70.00
735.00

This office has no control over this process of recovering funds.

If you need anything further, you may contact this office.

cc

665.00
70.00
100.41
541.

6 735.00
170.41
654.59
500

X. **Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.**

When the defendants are found guilty as Charged, I want the Courts to award the maximum Monetary award

**XI. Counsel:**

A. **If someone other than a lawyer is assisting you in preparing this case, state the person's name.**

B. **Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?** Yes ___ No ✓

**If so, state the name(s) and address(es) of each lawyer contacted.**

**If not, state your reasons.**

Because I have absolutely no financial Clot or funds

C. **Have you previously had a lawyer representing you in a civil action in this court?**

Yes ___ No ✓

**If so, state the lawyer's name and address:**

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed (signed) this** 31st **day of** January, **20**06

Lawrence Meyrick

**(Signature(s) of Plaintiff(s))**